**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**LEONARDO JAVIER MARIN #A234-032-830**     **CASE NO.  1:26-CV-00134 SEC P**

**VERSUS**                                                         **JUDGE S. MAURICE HICKS, JR.**

**MELISSA B HARPER ET AL**                             **MAGISTRATE JUDGE CAROL B. WHITEHURST**

**MEMORANDUM ORDER**

On January 15, 2026, a petition for writ of habeas corpus was filed by the plaintiff.  On January 20, 2026, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application and to resubmit the complaint on an approved form.  Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the petition for writ of habeas corpus submitted by the plaintiff on January 15, 2026, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this __4th__ day of ___March___, 2026.

_____
Carol B. Whitehurst
United States Magistrate Judge